**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER SIRMONS, JR.,** | : | |
| **Petitioner** | : | **No. 1:26-cv-01932** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **THOMAS KING KISTLER, President** | : | |
| **Judge, et al.,** | : | |
| **Respondents** | : | |

# ORDER

**AND NOW**, on this 31st day of July 2026, upon consideration of pro se Petitioner Christopher Sirmons, Jr. ("Sirmons")'s certified application for leave to proceed in forma pauperis ("IFP Application") (Doc. No. 2), prisoner trust fund account statement (Doc. No. 3), petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), memorandum of law in support of his habeas petition (Doc. No. 1-1), and supplement to his Section 2254 petition (Doc. No. 5), and for the reasons stated in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The IFP Application (Doc. No. 2) is **GRANTED**, and Sirmons has leave to proceed in forma pauperis in this case;

2. Sirmons's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1), as supplemented (Doc. No. 5) is **DEEMED FILED**;

3. Sirmons's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

4. A certificate of appealability **SHALL NOT** issue;

5. The Clerk of Court **SHALL NOTIFY** Sirmons of the accompanying Memorandum and this Order; and

6. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania